**DISMISS and Opinion Filed September 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00393-CV**

**IN THE INTEREST OF F.K.C., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-02203**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. After appellant failed to respond to our request regarding the reporter's record, we ordered the appeal submitted without the reporter's record and appellant's brief to be filed by August 10, 2020. By postcard dated August 12, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

200393F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF F.K.C., A CHILD

No. 05-20-00393-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-18-02203. Opinion delivered by Justice Whitehill. Justices Pedersen, III and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered September 2, 2020